Case 08-71804   Doc 56   Filed 11/26/08   Entered 11/26/08 11:15:39   Desc Main
Document      Page 1 of 2

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:  PEGGY S. WATSON  
912 FREMONT STREET  
BELVIDERE, IL 61008  

SSN-xxx-xx-2739

Case Number: 08-71804

Case filed on: 6/9/2008  
Plan Confirmed on:

X Converted   Unconfirmed

Total funds received and disbursed pursuant to the plan: $954.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICE OF HENRY REPAY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BLATT, HASENMILLER, LEIBSKER & MOORE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | UNITED COLLECTION BUREAU, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | SILVESTRI LAW OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | FIA CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ALW SOURCING, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | GC SERVICES LIMITED PARTNERSHIP | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CARDMEMBER SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ACADEMY COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ARTHER B. ADLER & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | UNIVERSAL SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ATTORNEY THOMAS R. JAKEWAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | DIRECT REWARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ENCORE RECEIVABLE MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ROCKFORD MERCANTILE AGENCY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | ACCOUNTCARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | CARD SERVICE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | LVNV FUNDING LLC / RESURGENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | NATIONAL ACTION FINANCIAL SERVICES INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | VIKING COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | RESURGENT CAPITAL SERVICES LP | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | MEYER & NJUS, P.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | ROCKFORD MERCANTILE AGENCY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | PEGGY S. WATSON | 0.00 | 0.00 | 399.75 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 399.75 | 0.00 |
| 001 | CASTLE BANK | 1,499.03 | 1,499.03 | 490.27 | 25.73 |
| 002 | CHASE HOME FINANCE | 106,932.21 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 108,431.24 | 1,499.03 | 490.27 | 25.73 |
| 003 | SUN LIFE FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | LVNV FUNDING LLC | 7,853.77 | 4,228.79 | 0.00 | 0.00 |
| 004 | LVNV FUNDING LLC | 0.00 | 326.25 | 0.00 | 0.00 |
| 008 | B-REAL LLC | 12,483.26 | 1,123.49 | 0.00 | 0.00 |
| 012 | BRUCE WATSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 1,315.26 | 118.37 | 0.00 | 0.00 |
| 015 | CHASE BANK USA NA | 9,144.87 | 823.04 | 0.00 | 0.00 |
| 021 | CROSBY & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | DIRECT REWARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | HSBC CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ECAST SETTLEMENT CORPORATION | 671.94 | 60.47 | 0.00 | 0.00 |
| 029 | ECAST SETTLEMENT CORPORATION | 911.72 | 82.05 | 0.00 | 0.00 |
| 031 | NOTEWORLD SERVICING CENTER / SDS WEST SU | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | OSF LIFELINE AMBULANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | OSF ST. ANTHONY | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | LVNV FUNDING LLC | 9,799.25 | 881.93 | 0.00 | 0.00 |
| 043 | WASHINGTON MUTUAL CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | NOTEWORLD SERVICING CENTER/SDS WEST SUPP | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | BRUCE WATSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | WELLS FARGO AUTO FINANCE | 9,485.20 | 853.67 | 0.00 | 0.00 |
| 048 | COUNTRYWIDE HOME LOANS INC | 80,441.80 | 0.00 | 0.00 | 0.00 |
| 049 | EMC MORTGAGE | 61,356.39 | 5,522.08 | 0.00 | 0.00 |
| 050 | LCS FINANCIAL | 58,454.31 | 5,260.89 | 0.00 | 0.00 |
| 051 | COUNTRYWIDE HOME LOAN SERIVICING | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 052 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | DEUTSCHE BANK NATIONAL TRUST CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | DEUTSCHE BANK NATIONAL TRUST CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 251,917.77 | 19,281.03 | 0.00 | 0.00 |
| | Grand Total: | 360,349.01 | 20,780.06 | 890.02 | 25.73 |

Total Paid Claimant:    $915.75
Trustee Allowance:     $38.25
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/24/2008        By  /s/Heather M. Fagan